1  BILL LOCKYER
   Attorney General
2  TOM GREENE
   Chief Assistant Attorney General
3  THEODORA BERGER
   Assistant Attorney General
4  KEN ALEX (State Bar No. 111236)
   Supervising Deputy Attorney General
5  JANILL L. RICHARDS (State Bar No. 173817)
   HARRISON M. POLLAK (State Bar No. 200879)
6  Deputy Attorneys General
     1515 Clay Street, Suite 2000
7    P. O. Box 70550
     Oakland, CA 94612-0550
8    Telephone: 510-622-2137
     Fax: 510-622-2270
9    E-Mail: ken.alex@doj.ca.gov

10 Attorneys for Plaintiff PEOPLE OF THE
   STATE OF CALIFORNIA, ex rel.
11 BILL LOCKYER, ATTORNEY GENERAL

12                IN THE UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY GENERAL**<br><br>Plaintiff,<br><br>v.<br><br>**GENERAL MOTORS CORPORATION, a Delaware Corporation, TOYOTA MOTOR NORTH AMERICA, INC., a California Corporation, FORD MOTOR COMPANY, a Delaware Corporation, HONDA NORTH AMERICA, INC., a California Corporation, CHRYSLER MOTORS CORPORATION, a Delaware Corporation, NISSAN NORTH AMERICA, INC., a California Corporation**<br><br>Defendants. | Case No. C06-05755 EMC<br><br>**STIPULATION AND CONSENT TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES AND DECLARATORY JUDGMENT**  AND ORDER<br><br>(Fed. R. Civ. P. 15(a)) |

25      PLAINTIFFS, People of the State of California, ex rel. Bill Lockyer, Attorney General, and

26 DEFENDANTS, General Motors Corporation, Toyota Motor North America, Inc., Ford Motor

27 Company, Honda North America, Inc., DaimlerChrysler Corporation, and Nissan North America,

28 Inc., stipulate as follows:

---

Stipulation to File Second Amended Complaint

1

1. On October 3, 2006, Plaintiffs filed the First Amended Complaint, which names Honda North America, Inc. as a defendant.

2. Counsel for Honda North America, Inc. represents that the company does not sell, distribute, or manufacture vehicles. American Honda Motor Co., Inc. is the sole distributor of Honda and Acura vehicles in the United States.

3. No responsive pleading has been filed or served in this matter.

4. The parties stipulate, and the defendants consent, to the filing of a Second Amended Complaint that names American Honda Motor Co., Inc. as a defendant and that omits Honda North America, Inc.

**SO STIPULATED.**

Dated: October 23, 2006

| | |
|---|---|
| BILL LOCKYER<br>Attorney General<br>TOM GREENE<br>Chief Assistant Attorney General<br>THEODORA BERGER<br>Assistant Attorney General<br>KEN ALEX<br>Supervising Deputy Attorney General<br>JANILL L. RICHARDS<br>HARRISON M. POLLAK<br>Deputy Attorneys General<br><br>By: /s/<br>     Harrison M. Pollak<br><br>Attorneys for Plaintiff<br>PEOPLE OF THE STATE OF CALIFORNIA,<br>ex rel. BILL LOCKYER, ATTORNEY<br>GENERAL | GIBSON, DUNN & CRUTCHER LLP<br><br><br><br>By: /s/<br>     Marjorie E. Lewis<br><br>Attorneys for Defendants<br>GENERAL MOTORS CORPORATION,<br>TOYOTA MOTOR NORTH AMERICA, INC.,<br>FORD MOTOR COMPANY, HONDA NORTH<br>AMERICA, INC., DAIMLERCHRYSLER<br>CORPORATION, NISSAN NORTH<br>AMERICA, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Martin J. Jenkins
10/31/2006