GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
TBoutrous@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendants
GENERAL MOTORS CORPORATION,
TOYOTA MOTOR NORTH AMERICA, INC.,
FORD MOTOR COMPANY, HONDA NORTH
AMERICA, INC., CHRYSLER MOTORS
CORPORATION, NISSAN NORTH AMERICA,
INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY GENERAL, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS CORPORATION, a Delaware Corporation, TOYOTA MOTOR NORTH AMERICA, INC., a California Corporation, FORD MOTOR COMPANY, a Delaware Corporation, HONDA NORTH AMERICA, INC., a California Corporation, CHRYSLER MOTORS CORPORATION, a Delaware Corporation, NISSAN NORTH AMERICA, INC., a California Corporation, <br><br> Defendants. | Case No. C06-05755 EMC <br><br> **STIPULATION REGARDING BRIEFING AND DISCOVERY SCHEDULE; DECLARATION IN SUPPORT** <br><br> AND ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1. Defendants' responsive pleading to the operative complaint shall be due on December 15, 2006;

2. Plaintiff's opposition thereto, if any, shall be due on February 1, 2006;

3. Defendants' reply thereto, if any, shall be due on February 16, 2006; and

4. All discovery, including initial disclosures as set forth in Federal Rule of Civil Procedure 26(a)(1), shall be stayed pending resolution of any motion to dismiss filed by Defendants.

5. Notwithstanding Federal Rule of Civil Procedure 26(f), the parties do not need to meet and confer to arrange for the disclosures required by Federal Rule of Civil Procedure 26(a)(1), or to develop a proposed discovery plan, pending resolution of any motion to dismiss filed by Defendants.

Dated: October 23, 2006  Respectfully submitted,

BILL LOCKYER
Attorney General
TOM GREENE
Chief Assistant Attorney General
THEODORA BERGER
Assistant Attorney General
KEN ALEX
Supervising Deputy Attorney General
JANILL L. RICHARDS
HARRISON M. POLLAK
Deputy Attorneys General

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR.

By:_____/s/_____
Theodore J. Boutrous, Jr.

Attorneys for Defendants
GENERAL MOTORS CORPORATION,
TOYOTA MOTOR NORTH AMERICA, INC.,
FORD MOTOR COMPANY, HONDA NORTH
AMERICA, INC., CHRYSLER MOTORS
CORPORATION, NISSAN NORTH
AMERICA, INC.

By:_____/s/_____
Harrison M. Pollak

Attorneys for Plaintiff
PEOPLE OF THE STATE OF CALIFORNIA,
ex rel. BILL LOCKYER, ATTORNEY
GENERAL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

November 8, 2006                          _____[signature]_____
Date                                             Signature

4. All discovery, including initial disclosures as set forth in Federal Rule of Civil Procedure 26(a)(1), shall be stayed pending resolution of any motion to dismiss filed by Defendants.

5. Notwithstanding Federal Rule of Civil Procedure 26(f), the parties do not need to meet and confer to arrange for the disclosures required by Federal Rule of Civil Procedure 26(a)(1), or to develop a proposed discovery plan, pending resolution of any motion to dismiss filed by Defendants.

Dated: October 23, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General
TOM GREENE
Chief Assistant Attorney General
THEODORA BERGER
Assistant Attorney General
KEN ALEX
Supervising Deputy Attorney General
JANILL L. RICHARDS
HARRISON M. POLLAK
Deputy Attorneys General

By: /s/ Harrison M. Pollak
Harrison M. Pollak

Attorneys for Plaintiff
PEOPLE OF THE STATE OF CALIFORNIA,
ex rel. BILL LOCKYER, ATTORNEY GENERAL

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR.

By:_____
Theodore J. Boutrous, Jr.

Attorneys for Defendants
GENERAL MOTORS CORPORATION,
TOYOTA MOTOR NORTH AMERICA, INC.,
FORD MOTOR COMPANY, HONDA NORTH
AMERICA, INC., CHRYSLER MOTORS
CORPORATION, NISSAN NORTH
AMERICA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____        _____
Date                            Signature

# DECLARATION

I, Theodore J. Boutrous, Jr. declare as follows:

1. I am an attorney duly admitted to practice law before the courts of the State of California and am a partner in the law firm of Gibson, Dunn & Crutcher LLP, which represents the defendants in this proceeding.

2. All parties have agreed to the foregoing stipulation in order to facilitate the orderly and efficient resolution of this dispute.

3. There have been no previous time modifications in this case, whether by stipulation or Court order.

4. The stay of discovery contemplated in the stipulation may require postponement of the Initial Case Management Conference.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on this 23rd day of October, 2006 at Los Angeles, California.

                                                                             /s/
                                                    Theodore J. Boutrous, Jr.