M. DAVID STIRLING, No. 38707
TIMOTHY SANDEFUR, No. 224436
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Amicus Curiae
Pacific Legal Foundation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ex rel. BILL LOCKYER, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, et al.,<br><br>Defendants. | No. C06-05755-MJJ<br><br>**MOTION TO FILE BRIEF AMICUS CURIAE OF PACIFIC LEGAL FOUNDATION IN SUPPORT OF DEFENDANTS**<br><br>Date: March 6, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom 11<br>Judge: The Hon. Martin J. Jenkins |

Pursuant to Federal Rule of Civil Procedure 7(b), Pacific Legal Foundation (PLF) respectfully moves this Court for leave to file a brief amicus curiae in support of the Defendants' motion to dismiss. PLF's brief amicus curiae is lodged with this Court at the same time as the filing of this motion, and complies with all applicable rules.

Founded more than 30 years ago, PLF is widely recognized as the largest and most experienced nonprofit legal foundation of its kind. PLF engages in research and litigation over a broad spectrum of public interest issues in state and federal courts, representing the views of thousands of supporters nationwide, who believe in limited government, individual rights, and free enterprise. PLF's Free Enterprise Project engages in litigation, including the submission of amicus briefs, in cases affecting America's economic vitality and the legal burdens imposed on American businesses. PLF attorneys have litigated in this court in defense of economic liberty, *see Merrifield v. Lockyer*, 388 F. Supp. 2d 1051 (N.D. Cal. 2005), and PLF has appeared in state and federal

1  courts across the country in cases involving business-related tort issues including "public nuisance"
2  claims brought against businesses to recover damages for alleged pollution.  *See*, *e.g.*, *In re: Lead*
3  *Paint Litigation*, No. 58,531 (N.J. Sup. Ct. argued Nov. 28, 2006); *Olivo v. Owens-Illinois, Inc.*,
4  895 A.2d 1143 (N.J. 2006).  In addition, PLF staff have published articles on the effects of tort
5  liability on the business community.  *See*, *e.g.*, Deborah J. La Fetra, *Freedom, Responsibility, and*
6  *Risk: Fundamental Principles Supporting Tort Reform*, 36 Ind. L. Rev. 645 (2003); Deborah J.
7  La Fetra, *A Moving Target: Property Owners' Duty to Prevent Criminal Acts on the Premises*,
8  28 Whittier L. Rev. 409 (2006).

9      PLF attorneys have reviewed the complaint and the memorandum of points and authorities
10  in support of the Defendants' motion to dismiss.  In PLF's view, the Plaintiffs' allegation of public
11  nuisance deserves to be addressed more thoroughly because of the complicated issues involved in
12  this vague and difficult area of the law.  PLF believes that its public policy perspective and
13  litigation experience will provide a necessary additional viewpoint on this issue.  Specifically, PLF
14  argues that the tort of public nuisance is dangerously vague and that this Court should resist
15  expanding it to encompass activity that was lawful and reasonable when it occurred.  Such an
16  interpretation is required by the Due Process Clause of the Fifth Amendment.  PLF believes that
17  this argument supplements those of the parties to this proceeding and will be of assistance to this
18  Court's deliberations.

19      For the foregoing reasons, PLF respectfully requests this Court to grant this application and
20  accept for filing the accompanying brief amicus curiae.

21  DATED:  January 10, 2007.

22      Respectfully submitted,

23      M. DAVID STIRLING
    TIMOTHY SANDEFUR

25
26  By _____
    TIMOTHY SANDEFUR

27      Attorneys for Amicus Curiae
    Pacific Legal Foundation
28

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747